```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

RICKY HILL,

            Plaintiff,           23-cv-2911 (JGK)

  - against -                   ORDER

AMB SPORTS & ENTERTAINMENT, LLC,
ET AL.,

            Defendants.

------------------------------------

**JOHN G. KOELTL, District Judge:**

    This case was transferred to this District and assigned to the undersigned after Judge Alonso of the Northern District of Illinois ruled on the defendants' various motions to dismiss. See February 16, 2023 Memorandum Opinion & Order, ECF No. 87 (Alonso, J.). Consistent with that opinion, it appears that the only claims remaining in this case and now pending before this Court are the plaintiff's federal claims against Major League Soccer, LLC ("MLS"). Accordingly, the plaintiff and MLS are directed to appear, by phone, for a status conference on **April 18, 2023**, at **3:30 p.m.** Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
           April 10, 2023

                                              John G. Koeltl
                                    United States District Judge