```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RICKY HILL,

                      Plaintiff,

- against -

AMB SPORTS & ENTERTAINMENT, LLC, ET AL.,

                      Defendants.

23-cv-2911 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference last week, defendant Major League Soccer LLC may file a motion to dismiss by **May 16, 2023**. The plaintiff may respond by **June 6, 2023**. Major League Soccer may reply by **June 20, 2023**.

The pending motion by Major League Soccer to dismiss the complaint for failure to state a claim (ECF No. 50) is **denied without prejudice as moot**.

SO ORDERED.

Dated:    New York, New York
            April 24, 2023

                                            John G. Koeltl
                                    United States District Judge