```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

RICKY HILL,

               Plaintiff,

  - against -

MAJOR LEAGUE SOCCER LLC,

               Defendant.

23-cv-2911 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **January 11, 2024**, at **2:30 p.m.**, for oral argument on the motion to dismiss.

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
            December 22, 2023

                                   /s/ John G. Koeltl
                                   John G. Koeltl
                            United States District Judge