```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RICKY HILL,

            Plaintiff,

- against -

MAJOR LEAGUE SOCCER LLC,

            Defendant.

23-cv-2911 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record today, the plaintiff's motion to file an amended complaint is **granted**. The defendant's motion to dismiss the current complaint, ECF No. 95, and motion to strike, ECF No. 107, are **denied** without prejudice as moot. The Clerk is directed to close ECF Nos. 95 and 107.

The time for the plaintiff to file an amended complaint is **January 26, 2024**. The time for the defendant to respond to the amended complaint is **February 13, 2024**.

If the defendant moves to dismiss the amended complaint, the time for the plaintiff to respond is **March 1, 2024**. The time for the defendant to reply is **March 15, 2024**.

SO ORDERED.

Dated:   New York, New York
           January 11, 2024

                                                  John G. Koeltl
                                       United States District Judge