**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
RICKY HILL,

                        Plaintiff,

         -against-                              23 **CIVIL** 2911 (JGK)

                                                   <u>**JUDGMENT**</u>

MAJOR LEAGUE SOCCER LLC.,

                        Defendant.
----------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated July 10, 2024, the defendant's motion to dismiss is granted. The Amended Complaint is dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       July 11, 2024

                                          **DANIEL ORTIZ**
                                   **Acting Clerk of Court**

                   **BY:**

                                _____

                                     **Deputy Clerk**