# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ricky Hill

(List the full name(s) of the plaintiff(s)/petitioner(s).)

23-CV-02911 (JGK)(VF)

-against-

**NOTICE OF APPEAL**

Major League Soccer, LLC

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following party: Ricky Hill

(list the names of all parties who are filing an appeal)

in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the ☐ judgment ☑ order entered on: July 10, 2024

(date that judgment or order was entered on docket)

that: granted defendant's motion to dismiss the amended complaint

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 9, 2024
Dated

/s/Steven M. Shebar
Signature*

Shebar, Steven M.   - Attorney for Ricky Hill
Name (Last, First, MI)

0N370 Fanchon St.          Wheaton,          Illinois          60187
Address                    City              State             Zip Code

630-877-6833                                 steveshebar@shebarlaw.com
Telephone Number                             E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13