**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 14 2025

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of January, two thousand twenty-five.

Before:　　　José A. Cabranes,
　　　　　　　　*Circuit Judge.*

_____

Ricky Hill,

　　　　Plaintiff - Appellant,

v.

Major League Soccer, L.L.C.,

　　　　Defendant – Appellee.

_____

**ORDER**

Docket No. 24-2141

　　　Appellant moves for an extension of time to file the opening brief and for leave to file a corrected opening brief. Appellee opposes the motion and cross-moves pursuant to Local Rule 31.2(d) for dismissal of the appeal due to Appellant's failure to timely file the opening brief.

　　　IT IS HEREBY ORDERED that Appellant's motion is DENIED. Appellee's cross-motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/14/2025